1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD D. CAIN,                              1:16-cv-0103-BAM (PC)

12                     Plaintiff,

13           v.                                    ORDER TRANSFERRING CASE TO THE
                                                   SACRAMENTO DIVISION OF THE
14    ROBERT FOX,                                  EASTERN DISTRICT OF CALIFORNIA

15                     Defendant.

16

17

18           Plaintiff Edward D. Cain ("Plaintiff"), a state prisoner proceeding pro se, has filed a civil

19    rights action pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff alleges violations of his

20    civil rights by defendants. The alleged violations took place in Solano County, which is part of

21    the Sacramento Division of the United States District Court for the Eastern District of California.

22    Therefore, the complaint should have been filed in the Sacramento Division.

23           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25    will be transferred to the Sacramento Division

26           Good cause appearing, IT IS HEREBY ORDERED that:

27           1.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Sacramento; and

                                                   1

2d7cabbd

1      2.  All future filings shall refer to the new Sacramento case number assigned and shall be

2    filed at:

3

4                    United States District Court
                        Eastern District of California

5                      501 "I" Street, Suite 4-200
                      Sacramento, CA 95814

6

7    IT IS SO ORDERED.

8      Dated:  **January 26, 2016**             /s/ *Barbara A. McAuliffe*

9                                   UNITED STATES MAGISTRATE JUDGE

2